OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

02 1M
000 4279596
MAILED FROM ZIP CODE 78701
DEC 18 2014

$00.265
PITNEY BOWES

**12/17/2014**
**LOPEZ, DAVID REY** Tr.Ct. No. 853888-A WR-71,831-02
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington,* 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

DAVID REY LOPEZ